Wednesday, September 18, 2013

No. 14–0044/AF.  U.S. v. Morgan A. Winn.  CCA 37772.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 7, 2013.

Thursday, September 19, 2013

No. 11–0567/AR.  U.S. v. Eric L. Nordin.  CCA 20090044.  Appellant's *second* motion to extend time to file the supplement to the petition for grant of review